IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELA MAUER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:16-cv-2085 |
| WAL-MART STORES TEXAS, LLC | § | |
| WAL-MART STORES, INC., WAL- | § | |
| MART STORES EAST, INC., d/b/a | § | |
| WAL-MART #1055, and WAL-MART | § | |
| REAL EST BUSINESS | § | |
|     Defendants. | § | |

### ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE AMENDED PETITION

**ON THIS DAY,** came before the Court for consideration Plaintiff's Amended Motion for Leave to File Amended Petition (Plaintiff's "Motion") in the above-styled-and-numbered case. And the Court, after considering the record of the case, and the arguments and authority set forth by counsel, hereby **FINDS** that no surprise or unfair prejudice would result from this Court's grant of Plaintiff's Amended Motion; thus, the Court is of the opinion that Plaintiff should is entitled to the relief she seeks.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff's Amended Motion for Leave to File Amended Petition is hereby **GRANTED**;

2. Plaintiff must file its amended petition with the clerk of this Court no later than 30 days from the date this Order is signed;

3. All other relief not expressly granted herein is **DENIED**.

**SIGNED** this _____ day of _____, 2017.

_____
JUDGE PRESIDING